708 A.2d 99

David ZIMMERMAN and Mary Ann Zimmerman, d/b/a Frontier Lanes,

v.

HARLEYSVILLE MUTUAL INSURANCE COMPANY, Fireman's Fund Insurance Company, and the American Insurance Company.

Petition of HARLEYSVILLE MUTUAL INSURANCE COMPANY.

Supreme Court of Pennsylvania.

April 14, 1998.

## ORDER

PER CURIAM.

AND NOW, this 14th day of April, 1998, the Petition for Allowance of Appeal is granted, but limited to the issue of:

Whether the trial court erred in not adopting the "loss in progress" theory of insurance coverage which would have required the insurer providing insurance at the commencement of the damage to compensate its insured for all of the damage even though the policy of insurance had expired.